(March 30, 1938.)

In the Matter of THOMAS D. OSBOURNE (Admitted as THOMAS DENMAN OSBOURNE), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SECOND DEPARTMENT, MARCH, 1938.
(March 2, 1938.)

In the Matter of the Application of LESLIE CRAVEN for Admission to Practice as an Attorney and Counselor at Law. (From the State of Oregon.) — Application granted. Present — Lazansky, P. J., Carswell, Davis, Taylor and Close, JJ.

(March 4, 1938.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of THOMAS B. CULLEN, an Attorney and Counselor at Law.— Application to suspend the enforcement of the order of disbarment granted and enforcement thereof suspended until June 1, 1938, to permit respondent to dispose of matters pending in his office. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ. [See 253 App. Div. 827.].

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM C. RINDONE, an Attorney and Counselor at Law.— Motion for leave to appeal to the Court of Appeals denied. There was an omission to state in the *per curiam* opinion that in the O'Connor matter there was proof that respondent had funds in his hands, received from his client, to pay the amount of settlement. [See 253 App. Div. 160, 162.] Motion to suspend the enforcement of the order of disbarment granted and enforcement thereof suspended until May 1, 1938. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

JANE F. DOLLARD, Respondent, v. EDWARD V. DOLLARD, Appellant.— Action by wife against husband for separation. Order granting plaintiff's motion for alimony and counsel fee modified by fixing the amount of alimony at $110 a month, commencing January 14, 1938, and payable in quarterly installments of twenty-seven dollars and fifty cents each week thereafter, and by reducing the amount of counsel fee to $250, payable within ten days from the entry of the order hereon. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Judicial Settlement of the Account of KATHERINE SHERIDAN, as Administratrix, etc., of OWEN SHERIDAN, Deceased. EUGENE SHERIDAN and LEO SHERIDAN, as Administrators, etc., of OWEN SHERIDAN, Deceased, Appellants; KATHERINE SHERIDAN, as Administratrix, etc., of OWEN SHERIDAN, Deceased, Respondent.— Decree of the Surrogate's Court, Richmond county, settling the accounts of Katherine Sheridan, as administratrix, etc., after hearing the objections of appellants, unanimously affirmed, in so far as an appeal is taken, without costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.